UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:13-cr-00090-8 |
| Vs. ) | |
| ) | Judge Kevin H. Sharp |
| YONI LINARES-AGUILAR ) | |
| ) | |

## DEFENDANT YONI LINARES-AGUILAR'S MOTION TO INCLUDE A RECOMMENDATION FOR SERVICE OF SENTENCE

Comes now the Defendant, Yoni Linares-Aguilar, by and through his undersigned counsel, Bob Lynch, Jr., and hereby moves this Court to include in the judgment a recommendation to the Bureau of Prisons that the Defendant be designated to a correctional institution as near as possible to Nashville, Tennessee.

In support of this motion, the Defendant would show the Court the following:

1. After the sentencing, the Defendant's fiancé reminded Defendant's counsel that the Defendant desired to serve his sentence in a facility nearest to Nashville, Tennessee.

2. Undersigned counsel had discussed this matter with the Defendant earlier but failed to make the request at the Defendant's sentencing hearing. When undersigned counsel discussed this matter with the Defendant, he fully informed him that the Court could only make a recommendation and that it was solely the decision of the Bureau of Prisons where Defendant would serve his sentence. Thus, the Defendant is aware that this Court can only recommend a designation, not order it.

3. Undersigned counsel has discussed this matter with AUSA Hester, and he has authorized undersigned counsel to state to the Court that he does not oppose this recommendation.